313 F.2d 633
 Willie Charles HILL
v.
J. C. TAYLOR, Warden.
 No. 7149.
 United States Court of Appeals Tenth Circuit.
 January 9, 1963.
 
 On motion for leave to appeal in forma pauperis.
 Thomas W. Inman, Denver, Colo., for petitioner.
 Newell A. George, U. S. Atty., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for respondent.
 Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of respondent January 9, 1963, on ground appeal is moot.